63 So.2d 565

## D. L. CLAYTON v. STATE.

### 7 Div. 190.

Supreme Court of Alabama.

Feb. 26, 1953.

Chas. Thomason, Anniston, for petitioner.

Si Garrett, Atty. Gen., and Maury D. Smith, Asst. Atty. Gen., opposed.

STAKELY, Justice.

Petition of D. L. Clayton for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Clayton v. State, 36 Ala.App. 610, 63 So.2d 564.

Writ denied.

LAWSON, SIMPSON and MERRILL, JJ., concur.